## STATE v. SAMUEL WILSON.

Court of Quarter Sessions. Sussex. November 15, 1799.

*Wilson's Red Book, 264.*

---

[1] Blank in manuscript.

*Horsey* and *Ridgely* for State. *Bayard* and *Wilson* for defendant.

Defendant's counsel would have objected to the examination of Hester Knowles as to her possession, but the Attorney General, although he said he believed Bassett, late Chief Justice, had ruled such evidence to be good, yet ventured only to ask her questions concerning the force.

Verdict, not guilty.

*(Vide ante 67 [State v. Joseph Waples].)*